No. 93–8874. TRAINA v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 93–8876. HERRERA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 93–8909. MIDDLETON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8917. DOLAN v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 93–8926. BETKA v. OREGON DEPARTMENT OF REVENUE ET AL. Sup. Ct. Ore. Certiorari denied.

No. 93–8927. DARRING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–8935. STROLLAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8941. ROSAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8945. TAYLOR v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8950. FULLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8979. CASIMONO v. HUNDLEY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8986. COLLINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9009. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9013. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9019. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.